126 A.3d 1266

James D. SCHNELLER, Petitioner

v.

**DELAWARE COUNTY COURT OF COMMON PLEAS, Delaware County Open Records Officer, Respondents.**

**No. 129 MM 2015.**

Supreme Court of Pennsylvania.

Nov. 3, 2015.

*ORDER*

PER CURIAM.

**AND NOW,** this 3rd day of November, 2015, the Petition for Review and the Application for Leave to Amend are **DENIED.**